## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 1429 California Rd, Quakertown PA 18951

Address of Defendant: 7451 Keebler Way, Allentown PA 18106

Place of Accident, Incident or Transaction: Sharp Corporation 7451 Keebler way, Allentown PA
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☒   No☐

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☒ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

**ARBITRATION CERTIFICATION**
*(Check appropriate Category)*

I, Dennis Grimsley, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 10/22/10   Dennis Grimsley (Pro-Se)
                  Attorney-at-Law                              Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10/22/10   Dennis Grimsley (Pro-Se)
                  Attorney-at-Law                              Attorney I.D.#

CIV. 609 (6/08)

APPENDIX I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Dennis D. Grimsley : CIVIL ACTION

v.

Sharp Corporation : NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( )

10/22/10        Dennis Grimsley (Pro-se)
**Date**        **Attorney-at-law**        **Attorney for**

_____    _____    _____
**Telephone**        **FAX Number**        **E-Mail Address**

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Dennis D. Grimsley
Plaintiff

v.

Sharp Corporation
Defendant

## COMPLAINT

1.) Fill in you address (street, city or town, state, and zip code):
De 1429 California Rd
Quakertown PA 18951

2.) Defendant's address is (street, city or town, state, and zip code):
7451 Keeble Way
Allentown PA. 18106

3.) **Statement of Claim**:
Fill in the facts of your case, and state why you are filing this lawsuit. Give names, dates, and places as best you can.

Management and supervisors, Tom Deutch Brian Liberti and Michelle Krupka continue to allow blacks to be harrassed and diciplined while white and certain Latins violations are overlooked 9/27/2008 critized for break lenght while others are overlooked, 10/14/2008 not properly dress at door entrance, while white not properly dressed enter the room and not spoken to. Discriminated because of race (black) in violation of Title VII of civil rights act of 1964 as amended

4.) Fill in what you are requesting in this case:

that Sharp stand at attention to their violation and change the systemic violation of minorities and create an environment where everyone is given a fair opportunity to grow and feel safe in their work place. Monetary compensation

5.) If you filed charges with the Equal Employment Opportunity Commission or with the Pennsylvania Human Relations Commission, please attach a copy of the Notice-of-Right-to-Sue letter.

6.) If there is a right to a jury trial in your type of case, do you want one?
Yes ✓    No ___

_____
(Your Signature)

I declare under penalty of perjury that the information filled in is true and correct.

10/22/10
_____
(Date)

_____
(Your Signature)

# CONTACT INFORMATION SHEET

**Civil Action No.:** _____

**Name:** Dennis Grimsley
(Please print)

**Address:** 1429 California Rd
Quakertown PA 18951

**Phone #:** 215.529.6041
(Include area code)

**E-mail address:** dennis_grimsley@yahoo.com

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

Dennis D. Grimsley
_____
Petitioner/Plaintiff

v.

Sharp Corporation
_____
Defendant(s)

Civil Action No. _____

## REQUEST FOR APPOINTMENT OF ATTORNEY

I, __Dennis Grimsley__, Petitioner/Plaintiff, request appointment of counsel as provided by 42 U.S.C. §2000(e)s.

1.) I have made a diligent effort to employ an attorney [check appropriate box(es)]:

☒ **CONTACTED PRIVATE ATTORNEY(S)**
(List all attorney(s) contacted and state why each is not representing you.)
Rick Long office needed me to send all paper work and I have been somewhat depressed to get organized
_____
_____

☐ **CONTACTED A LEGAL AID ORGANIZATION**
(State when this organization was contacted and why it did not assist you.)
_____
_____
_____
_____

☐ **CONTACTED BAR ASSOCIATION LAWYER REFERRAL SERVICE,**
if available. (*State what assistance was provided.*)

_____
_____
_____
_____

2.) If unable to pay attorney's fees or costs - I am financially unable to hire counsel (Complete and file Form 2 - In Forma Pauperis Petition)

3.) I believe I have a claim against the following employer (Give name and address):
Sharp Corporation
7451 Keebler Way,
Allentown PA 18106

4.) The reason(s) for my claim are (Give brief employment history with dates and specific reasons for lawsuit):
I have been employed with Sharp Corporation since January 6, 2008. I have been continually harassed because not meeting production standards 10/14/2008 (not properly dressed) I believe that I have been and continue to be discriminated against because of my race (black) in violation of Title VII of the Civil right Act of 1964, as amended, 9/27/2008 (Break lenght)

I certify under the penalty of perjury that the foregoing statements are true and correct.

_____
Signature

10/22/2010
_____
Date

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## HOW TO PROCEED WITH AN EMPLOYMENT DISCRIMINATION OR REHABILITATION ACT LAWSUIT

### INSTRUCTIONS FOR A PERSON WITHOUT AN ATTORNEY

This packet contains forms to permit you to file the following:

Form 1. Request for Appointment of Attorney

Form 2. Civil Complaint

Form 3. Description of Lawsuit for Court Assignment

Form 4. Application to Proceed In Forma Pauperis (for persons unable to pay costs)

### GENERAL INSTRUCTIONS

### FORM 1 - REQUEST FOR APPOINTMENT OF ATTORNEY

If you desire to have an attorney and believe you are entitled to have one appointed, you should file Form 1. Attorneys are selected from the Plaintiff's Employment Panel, as outlined in the enclosed Program Description. Please read this enclosure carefully.

### FORM 2 - CIVIL COMPLAINT

You should also fill out and file Form 2 - a Civil Complaint. When filling out the complaint, you should remember the following:

1.) You are the plaintiff. The defendant(s) is the employer(s) being sued. If you are filing against a government agency or department, use the title of the head of that agency or department - such as Postmaster General, Secretary of the Navy, Secretary of Welfare of Pennsylvania.

2.) Your complaint must be legibly handwritten or typewritten.

3.) You must sign and declare under penalty of perjury that the facts are correct.

4.) You must attach to the complaint a copy of your Notice-of-Right-to-Sue letter. The complaint must be filed within the time specified in you Notice-of-Right-to-Sue letter.

## FORM 3 - DESCRIPTION OF LAWSUIT FOR COURT ASSIGNMENT

When you file your complaint, you must also complete and file an original and one copy of Form 3 - Description of Lawsuit for Court Assignment.

## FORM 4 - APPLICATION TO PROCEED IN FORMA PAUPERIS

In order for the complaint to be filed, it must be accompanied by the filing fee of $350. If you are unable to pay the filing fee, you must fill out From 2. This form must be filed with the complaint. If you file this form, make sure you give the reason. For example: "I am unemployed and have no money except unemployment compensation." Or: "I earn _____ a week and must support a family of _____."

In the event permission to proceed In Forma Pauperis is granted, the U.S. Marshal's Office will serve copies of your complaint on the defendant(s). Therefore, you have to give the correct name and address of each defendant.

You may obtain a copy of your investigative file. Federal employees may do so from the federal agency involved by calling that agency. Other employees can obtain a copy from the Equal Employment Opportunity Commission (EEOC) by writing to:

> Sylvia Williams
> FOIA Coordinator
> EEOC
> 21 South 5th Street
> Suite 400
> Philadelphia, PA 19106

When you have completed your forms, bring them or mail them to:

> Clerk of Court
> United States District Court
> 601 Market Street, Room 2609
> Philadelphia, PA 19106-1797

If you have any questions, you may call the Clerk's Office at (215)597-7704 and ask for the Pro Se Writ Clerk.

Note: You should keep a copy of the forms that you file for your records.

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Dennis D. Grimsley<br>1429 California Road<br>Quakertown, PA 18951 | From: | Philadelphia District Office<br>801 Market Street<br>Suite 1300<br>Philadelphia, PA 19107 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2009-01898 | Legal Unit | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Gerald S. Kiel* (signature)   7/26/10

Gerald S. Kiel,
Acting District Director

(Date Mailed)

Enclosures(s)

cc: **SHARP CORPORATION**
Matthew J. Maguire, Esq (for Respondent)