IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS GRIMSLEY | : | CIVIL ACTION |
| *Plaintiff* | : | |
| vs. | : | No. 10-CV-5608 |
| | : | |
| SHARP CORPORATION, | : | |
| *Defendant.* | : | JURY TRIAL DEMANDED |

## **MOTION TO DISMISS**

   COMES NOW Plaintiff, Dennis Grimsley, by and through his counsel of record, Gina Y. Mosley of The Mosley Law Firm, LLC, and hereby dismisses the instant cause of action without prejudice.

Dated: June 2, 2011

/s/: Gina Y. Mosley
The Mosley Law Firm, LLC
1800 John F. Kennedy Boulevard
Suite 300 PMB #47
Philadelphia, PA 19103
Telephone: (215) 429-5776
Facsimile: (215) 475-4602
Attorney for Plaintiff, Dennis Grimsley

## CERTIFICATE OF SERVICE

I, Gina Y. Mosley, hereby certify that on this 2[th] day of June 2011, the foregoing Motion to Dismiss was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the Eastern District of Pennsylvania.  I hereby certify that I have served a true and correct copy of the Motion to Dismiss upon the following in the manner set forth below:

Matthew J. Maguire
maguirem@pepperlaw.com

/s/: Gina Y. Mosley
The Mosley Law Firm, LLC
1800 John F. Kennedy Boulevard
Suite 300 PMB #47
Philadelphia, PA 19103
Telephone: (215) 429-5776
Facsimile: (215) 475-4602

Attorney for Plaintiff, Dennis Grimsley